# EXHIBIT 5



# CERTIFICATION

I, Sandi Dixon, Underwriting Director, EMC Insurance Companies, certify that the document to which this certificate is attached is a true and correct copy of Policy Number 5D4 23 72--21, including amendments, which was issued by Employers Mutual Casualty Company to first Named Insured Tiger Creek Development, Inc., at 2301 AIRPORT THRUWAY STE F6, COLUMBUS GA 31904-3521 effective from 01/18/20 to 01/26/21.


IN WITNESS WHEREOF, I have hereunto set my hand this March 11, 2021.


Sandi Dixon, CPCU, CIC, AU, AINS
Underwriting Director – Birmingham Branch Office
EMC Insurance Companies

800 Concourse Pkwy., Suite 100  |  Birmingham, AL 35244  |  P.O. Box 1568  |  Birmingham, AL 35201-1568  |  205.909.4900  |  800.239.2005  |  www.emcins.com

| | | | |
|---|---|---|---|
| Employers Mutual Casualty Company Reinsurance Company | Dakota Fire Insurance Company | Union Insurance Company of Providence | EMC |
| EMCASCO Insurance Company Services, LLC | Illinois EMCASCO Insurance Company | EMC Property & Casualty Company | EMC Risk |
| National Life Company (affiliate) | | | EMC |

**EMC**
**INSURANCE**

EMPLOYERS MUTUAL CASUALTY COMPANY

### G E O R G I A   P O L I C Y   C H A N G E S

```
                              *------------------------*
POLICY PERIOD: FROM 01/18/20 TO 01/26/21  *    POLICY NUMBER    *
                              * 5 D 4 - 2 3 - 7 2---21 *
                              *------------------------*
```

N A M E D   I N S U R E D :               P R O D U C E R :

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TIGER CREEK DEVELOPMENT, INC         SUTTER, MCLELLAN & GILBREATH
2301 AIRPORT THRUWAY STE F6          1424 N BROWN RD STE 300
COLUMBUS GA 31904-3521               SUITE 300
                                     LAWRENCEVILLE GA 30043-8107


                                     AGENT: AS 6258
    DIRECT BILL                      AGENT PHONE: (770)246-8300
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y .
P L E A S E   R E A D   I T   C A R E F U L L Y .

```
   ----------------------------------------------------------------

     *--------------------------------------------------*
     *   ENDORSEMENT EFFECTIVE DATE: 01/18/21           *
     *--------------------------------------------------*
```

IN CONSIDERATION OF THE PREMIUM CHARGED THE
FOLLOWING ITEM(S):

```
( )INSURED'S NAME                    ( )INSURED'S MAILING ADDRESS
( )POLICY NUMBER                     ( )COMPANY
( )EFFECTIVE/EXPIRATION DATE         ( )INSUREDS LEGAL STATUS/BUSINESS
                                        OF INSURED
( )PAYMENT PLAN                      ( )COVERAGE FORMS AND ENDORSEMENTS
( )ADDITIONAL INTERESTED PARTIES     ( )DEDUCTIBLES
( )LIMITS/EXPOSURES                  ( )CLASSIFICATION/CLASS CODES
( )COVERED PROPERTY/LOCATION DESCRIPTION ( )UNDERLYING INSURANCE
----------------------------------------------------------------------
```

IS CHANGED TO READ:

(SEE PAGE TWO FOR ENDORSEMENT DESCRIPTION)

```
         ------------------------------------
         ADDITIONAL PREMIUM:  $     ████████
         ------------------------------------
```

```
PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 01/26/21         COUNTERSIGNED BY:           (CONTINUED)
FORM: IL1209A (ED.07-18)           400      KR        5D42372  2106
```

**EMC**
INSURANCE

PAGE 2

```
EMPLOYERS MUTUAL CASUALTY COMPANY          POLICY NO: 5D4-23-72---21
TIGER CREEK DEVELOPMENT, INC      EFF DATE: 01/18/20    EXP DATE: 01/26/21
```

G E O R G I A   P O L I C Y   C H A N G E S
C O N T I N U E D
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


IN CONSIDERATION OF THE PREMIUM CHARGED THE FOLLOWING CHANGES ARE
APPLICABLE TO THIS POLICY: SEE ATTACHED SCHEDULE
EXTENDED EXPIRATION DATE



REMOVAL PERMIT

IF THIS POLICY INCLUDES THE COMMERCIAL PROPERTY COVERAGE PART, THE
FOLLOWING APPLIES WITH RESPECT TO THAT COVERAGE PART:

IF COVERED PROPERTY IS REMOVED TO A NEW LOCATION THAT IS DESCRIBED ON THIS
POLICY CHANGE, YOU MAY EXTEND THIS INSURANCE TO INCLUDE THAT COVERED
PROPERTY AT EACH LOCATION DURING THE REMOVAL.  COVERAGE AT EACH LOCATION
WILL APPLY IN THE PROPORTION THAT THE VALUE AT EACH LOCATION BEARS TO THE
VALUE OF ALL COVERED PROPERTY BEING REMOVED.  THIS PERMIT APPLIES UP TO 10
DAYS AFTER THE EFFECTIVE DATE OF THIS POLICY CHANGE; AFTER THAT, THIS
INSURANCE DOES NOT APPLY AT THE PREVIOUS LOCATION.

```
PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 01/26/21          COUNTERSIGNED BY:
FORM: IL1209A (ED.07-18)             400      KR      5D42372  2106
```

**EMC** INSURANCE

EMPLOYERS MUTUAL CASUALTY COMPANY

## C H A N G E   E N D O R S E M E N T

```
                                    *-------------------------*
POLICY PERIOD:  FROM  01/18/20  TO  01/18/21    *      POLICY NUMBER    *
                                    * 5 D 4 - 2 3 - 7 2---21 *
                                    *-------------------------*
     N A M E D   I N S U R E D :            P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TIGER CREEK DEVELOPMENT, INC              SUTTER, MCLELLAN & GILBREATH
2301 AIRPORT THRUWAY STE F6               1424 N BROWN RD STE 300
COLUMBUS GA 31904-3521                    SUITE 300
                                          LAWRENCEVILLE GA 30043-8107


                                          AGENT: AS 6258
     DIRECT BILL                          AGENT PHONE: (770)246-8300
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

 T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
          P L E A S E   R E A D   I T   C A R E F U L L Y.

```
  -------------------------------------------------------------------------

      *---------------------------------------------------*
      * ENDORSEMENT EFFECTIVE DATES: 09/04/20 TO 01/18/21 *
      *---------------------------------------------------*
```

IN CONSIDERATION OF THE PREMIUM CHARGED THE FOLLOWING CHANGES ARE
APPLICABLE TO THIS POLICY: SEE ATTACHED SCHEDULE
AMENDED: PRODUCER

```
  -------------------------------------------------------------------------


          ---------------------------------------
          ADDITIONAL PREMIUM:   $         0.00
          ---------------------------------------
```

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 09/04/20          COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)            400     JH       5D42372   2105

**EMC** INSURANCE

EMPLOYERS MUTUAL CASUALTY COMPANY

# G E O R G I A   P O L I C Y   C H A N G E S

```
                                     *------------------------*
POLICY PERIOD:  FROM  01/18/20  TO  01/18/21  *    POLICY NUMBER   *
                                     * 5 D 4 - 2 3 - 7 2---21 *
                                     *------------------------*
     N A M E D   I N S U R E D :          P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TIGER CREEK DEVELOPMENT, INC          SUTTER, MCLELLAN & GILBREATH
2301 AIRPORT THRUWAY STE F6           1424 N BROWN RD STE 300
COLUMBUS GA 31904-3521                SUITE 300
                                      LAWRENCEVILLE GA 30043-8107


                                      AGENT: AS 6258
     DIRECT BILL                      AGENT PHONE: (770)246-8300
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

## T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
### P L E A S E   R E A D   I T   C A R E F U L L Y.

```
     -----------------------------------------------------------------

          *-------------------------------------------------*
          * ENDORSEMENT EFFECTIVE DATES: 01/18/20 TO 01/18/21 *
          *-------------------------------------------------*
```

IN CONSIDERATION OF THE PREMIUM RETURNED THE
FOLLOWING ITEM(S):

( )INSURED'S NAME                    ( )INSURED'S MAILING ADDRESS
( )POLICY NUMBER                     ( )COMPANY
( )EFFECTIVE/EXPIRATION DATE         ( )INSUREDS LEGAL STATUS/BUSINESS
                                        OF INSURED
( )PAYMENT PLAN                      ( )COVERAGE FORMS AND ENDORSEMENTS
( )ADDITIONAL INTERESTED PARTIES     ( )DEDUCTIBLES
( )LIMITS/EXPOSURES                  ( )CLASSIFICATION/CLASS CODES
( )COVERED PROPERTY/LOCATION DESCRIPTION ( )UNDERLYING INSURANCE
-------------------------------------------------------------------------
     IS CHANGED TO READ:

          (SEE PAGE TWO FOR ENDORSEMENT DESCRIPTION)



          ------------------------------------
          RETURN PREMIUM:   $      ███████
          ------------------------------------
```

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 04/17/20        COUNTERSIGNED BY:              (CONTINUED)
FORM: IL1209A (ED.07-18)              400     VC        5D42372  2104

**EMC** INSURANCE

PAGE 2

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY | POLICY NO: 5D4-23-72---21 |
| TIGER CREEK DEVELOPMENT, INC | EFF DATE: 01/18/20   EXP DATE: 01/18/21 |

G E O R G I A   P O L I C Y   C H A N G E S
C O N T I N U E D
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IN CONSIDERATION OF THE PREMIUM RETURNED THE FOLLOWING CHANGES ARE
APPLICABLE TO THIS POLICY: SEE ATTACHED SCHEDULE
REMOVED LOCATION 2 & 3


FORMS APPLICABLE:
CG0001(04/13), CG0300(01/96), CG2106(05/14), CG2134(01/87),
CG2146(07/98), CG2147(12/07), CG2150(04/13), CG2170(01/15),
CG2176(01/15), CG2196(03/05), CG2294(10/01), CG2426(04/13),
CG3201(12/04), CG7001A(10/12), CG7003(10/13), CG7185(10/13),
CG7315(10/13), CG7523(03/07), CG7578(02/19), IL0017(11/98),
IL0021(09/08), IL0262(02/15), IL7028(05/15), IL7131A(04/01)*,
IL7137(01/18), IL7332(11/07), IL8383.5A(01/20), IL8384A(01/08),
IL8576(10/17)

REFER TO PRIOR DISTRIBUTION(S) FOR ANY FORMS NOT ATTACHED




REMOVAL PERMIT

IF THIS POLICY INCLUDES THE COMMERCIAL PROPERTY COVERAGE PART, THE
FOLLOWING APPLIES WITH RESPECT TO THAT COVERAGE PART:

IF COVERED PROPERTY IS REMOVED TO A NEW LOCATION THAT IS DESCRIBED ON THIS
POLICY CHANGE, YOU MAY EXTEND THIS INSURANCE TO INCLUDE THAT COVERED
PROPERTY AT EACH LOCATION DURING THE REMOVAL.  COVERAGE AT EACH LOCATION
WILL APPLY IN THE PROPORTION THAT THE VALUE AT EACH LOCATION BEARS TO THE
VALUE OF ALL COVERED PROPERTY BEING REMOVED.  THIS PERMIT APPLIES UP TO 10
DAYS AFTER THE EFFECTIVE DATE OF THIS POLICY CHANGE; AFTER THAT, THIS
INSURANCE DOES NOT APPLY AT THE PREVIOUS LOCATION.

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 04/17/20          COUNTERSIGNED BY:
FORM: IL1209A (ED.07-18)              400      VC       5D42372  2104

**EMC**
INSURANCE

EMPLOYERS MUTUAL CASUALTY COMPANY                    POLICY NUMBER: 5D4-23-72---21

TIGER CREEK DEVELOPMENT, INC          EFF DATE: 01/18/20    EXP DATE: 01/18/21

G E N E R A L   L I A B I L I T Y   P O L I C Y
D E C L A R A T I O N S
==============================================================================
ENDORSEMENT SCHEDULE

```
           EDITION
  FORM     DATE    DESCRIPTION/ADDITIONAL INFORMATION            PREMIUM
-------------------------------------------------------------------------------
CG0001     04-13   COMMERCIAL GEN LIABILITY COV FORM
CG0300     01-96   DEDUCTIBLE LIABILITY INSURANCE
CG2106     05-14   EXCL-ACCESS/DISCL OF CONFID/PERSONAL
CG2134     01-87   EXCL-DESIGNATED WORK
                     DESC OF YOUR WORK:
                       THE DISTRIBUTION AND/OR SALE OF, OR THE
                       UTILIZATION OF, DRYWALL, GYPSUM BOARD, WALL-
                       BOARD AND/OR ANY SUBSTANTIALLY SIMILAR
                       PRODUCT MANUFACTURED AND/OR IMPORTED FROM
                       CHINA, IN THE CONSTRUCTION, FABRICATION,
                       INSTALLATION, MAINTENANCE, REPAIR (INCLUDING
                       REMODELING), OF ANY HOUSE OR BUILDING, OR IN
                       THE PREPARATION OF ANY HOUSE OR BUILDING
                       AND/OR THE SERVICE, CORRECTION OR
                       REPLACEMENT OF ANY PART OF A HOUSE OR
                       BUILDING.
                       .
CG2146     07-98   EXCL-ABUSE OR MOLESTATION
CG2147     12-07   EXCL-EMPLOYMENT RELATED PRACTICES
CG2150     04-13   AMENDMENT/LIQUOR LIABILITY EXCLUSION
CG2170     01-15   CAP/LOSSES FROM CERT ACTS/TERRORISM
CG2176     01-15   EXCL PUNITIVE DMGS ACTS OF TERRORISM
CG2196     03-05   SILICA OR SILICA RELATED DUST EXCL
CG2294     10-01   EXCL-DMG TO WORK PERFORMED BY SUB
CG2426     04-13   AMEND OF INSURED CONTRACT DEFINITION
CG3201     12-04   GA LTD FUNGI/BACTERI COV-SM BUSINESS
                     FUNGI AND BACTERIA PROPERTY DAMAGE
                     $      50,000 AGGREGATE LIMIT
CG7001A    10-12   GENERAL LIABILITY SCHEDULE
CG7003     10-13   GL QUICK REFERENCE (OCCURRENCE)
CG7185     10-13   EXCLUSION - LEAD
CG7315     10-13   CONTINUOUS OR PROGRESS INJ/DMG EXCL
CG7523     03-07   EXCL EXT INSUL/FINISH OR DIRECT APP
CG7578     02-19   GENERAL LIABILITY ELITE EXTENSION
IL0017     11-98   COMMON POLICY CONDITIONS
IL0021     09-08   NUCLEAR ENERGY LIAB EXCL/BROAD FORM
IL0262     02-15   GA CHANGES - CANCELLATION/NONRENEWAL
IL7028     05-15   ASBESTOS EXCLUSION
*IL7131A   04-01   COMM'L POLICY ENDORSEMENT SCHEDULE
IL7137     01-18   EXCL MIXED DUST PNEUMOCONIOSIS
IL7332     11-07   ABSOLUTE EXCL FRAUD MISREPRESENT DEC
IL8383.5A  01-20   DISCL PURSUANT TERRSM RISK INS. ACT
                     PREMIUM THROUGH 12/31/20                   $
                     PREMIUM BEYOND 12/31/20                    $
IL8384A    01-08   TERRORISM NOTICE
IL8576     10-17   MEDICARE IMPT NOTICE TO POLICYHOLDER
```

DATE OF ISSUE: 04/17/20
FORM: IL7131A (ED. 04-01)              400      VC      5D42372  2104

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 © Insurance Services Office, Inc., 2012

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

    However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

    "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

    This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

    This exclusion does not apply to:

    **(1)** A watercraft while ashore on premises you own or rent;

    **(2)** A watercraft you do not own that is:

        **(a)** Less than 26 feet long; and

        **(b)** Not being used to carry persons or property for a charge;

    **(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

    **(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

    **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

    **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

    "Bodily injury" or "property damage" arising out of:

    **(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

    **(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

    "Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

    **(1)** War, including undeclared or civil war;

    **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

    "Property damage" to:

    **(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

    **(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

    **(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

 © Insurance Services Office, Inc., 2012

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

 © Insurance Services Office, Inc., 2012

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

  **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

    **(1)** "Bodily injury" or "personal and advertising injury":

      **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

      **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

      **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

      **(d)** Arising out of his or her providing or failing to provide professional health care services.

    **(2)** "Property damage" to property:

      **(a)** Owned, occupied or used by;

      **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

    you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

  **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

  **c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

  **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

  **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

  **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

  **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

  **a.** Insureds;

  **b.** Claims made or "suits" brought; or

  **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

  **a.** Medical expenses under Coverage **C;**

  **b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

  **c.** Damages under Coverage **B.**

© Insurance Services Office, Inc., 2012

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

© Insurance Services Office, Inc., 2012

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    b. While it is in or on an aircraft, watercraft or "auto"; or

    c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    b. Vehicles maintained for use solely on or next to premises you own or rent;

    c. Vehicles that travel on crawler treads;

    d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

       (1) Power cranes, shovels, loaders, diggers or drills; or

       (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

    e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

       (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

       (2) Cherry pickers and similar devices used to raise or lower workers;

    f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

    **(a)** When all of the work called for in your contract has been completed.

    **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

  **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

  **(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

POLICY NUMBER:

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | **PER CLAIM   or** | **PER OCCURRENCE** |
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $ | $ |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

   Copyright, Insurance Services Office, Inc., 1994   **CG 03 00 01 96**

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

POLICY NUMBER: **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED WORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of "your work" shown in the Schedule.

**CG 21 34 01 87** Copyright, Insurance Services Office, Inc.,  1986 **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 21 46 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:

    **a.** Employment;

    **b.** Investigation;

    **c.** Supervision;

    **d.** Reporting to the proper authorities, or failure to so report; or

    **e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

 Copyright, Insurance Services Office, Inc.,  1997

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

**COMMERCIAL GENERAL LIABILITY**
**CG 21 50 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages;

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood;

**(3)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity; or

**(4)** Permit any person to bring any alcoholic beverages on your premises, for consumption on your premises.

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

COMMERCIAL GENERAL LIABILITY
CG 21 76 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Silica Or Silica-Related Dust**

   **a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

   **b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

   **c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Silica Or Silica-Related Dust**

   **a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

   **b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

   **1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

   **2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © ISO Properties, Inc., 2004

COMMERCIAL GENERAL LIABILITY
CG 22 94 10 01

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DAMAGE TO WORK PERFORMED BY SUBCONTRACTORS ON YOUR BEHALF

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **l.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

 © Insurance Services Office, Inc., 2012

POLICY NUMBER:

**COMMERCIAL GENERAL LIABILITY**
**CG 32 01 12 04**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA LIMITED FUNGI OR BACTERIA COVERAGE – SMALL BUSINESSES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Fungi And Bacteria Property Damage Aggregate Limit | $ |
| --- | --- |

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **a.** "Bodily Injury" arising out of a "fungi or bacteria incident".

   **b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

   This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **a.** "Personal and advertising injury" arising out of a "fungi or bacteria incident".

   **b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** Coverage provided by this insurance for "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi and Bacteria Property Damage Aggregate Limit as described in Paragraph **D.** of this endorsement.

**D.** The following are added to **Section III – Limits Of Insurance:**

   **1.** Subject to Paragraphs **2.** and **3.** of Section III – Limits Of Insurance, as applicable, the Fungi and Bacteria Property Damage Aggregate Limit shown in the Schedule of this endorsement is the most we will pay under Coverage **A** for all "property damage" arising out of one or more "fungi or bacteria incident".

   **2.** Paragraph **5.,** the Each Occurrence Limit and Paragraph **6.,** the Damage To Premises Rented To You Limit, of Section III – Limits Of Insurance continue to apply to "property damage" arising out of a "fungi or bacteria incident" but only if, and to the extent that, limits are available under the Fungi and Bacteria Property Damage Aggregate Limit.

**E.** The following definitions are added to the **Definitions** Section:

   **1.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

   **2.** "Fungi or bacteria incident" means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such damage.

© ISO Properties, Inc., 2003

# QUICK REFERENCE
# COMMERCIAL GENERAL LIABILITY COVERAGE FORM
# OCCURRENCE COVERAGE
### READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGES**

Named Insured And Mailing Address

Policy Period

Description Of Business And Location

Coverages And Limits Of Insurance

|  |  | Beginning on Page |
|---|---|---|
| **SECTION I – COVERAGES** | | |
| Coverage A – | Insuring Agreement | 1 |
| Bodily Injury And Property Damage Liability | Exclusions | 2 |
| Coverage B – | Insuring Agreement | 6 |
| Personal And Advertising Injury Liability | Exclusions | 6 |
| Coverage C – | Insuring Agreement | 8 |
| Medical Payments | Exclusions | 8 |
| Supplementary Payments | | 8 |
| **SECTION II – WHO IS AN INSURED** | | 9 |
| **SECTION III – LIMITS OF INSURANCE** | | 10 |
| **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** | | 11 |
| Bankruptcy | | 11 |
| Duties In The Event Of Occurrence, Offense, Claim Or Suit | | 11 |
| Legal Action Against Us | | 11 |
| Other Insurance | | 12 |
| Premium Audit | | 12 |
| Representations | | 12 |
| Separation Of Insureds | | 13 |
| Transfer Of Rights Of Recovery Against Others To Us | | 13 |
| When We Do Not Renew | | 13 |
| **SECTION V – DEFINITIONS** | | 13 |

**COMMON POLICY CONDITIONS**

Cancellation

Changes

Examination Of Your Books And Records

Inspections And Surveys

Premiums

Transfer Of Your Rights And Duties Under This Policy

**ENDORSEMENTS (If Any)**

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – LEAD

This endorsement modifies the insurance under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

   **2. Exclusions**

     This insurance does not apply to:

     **LEAD**

     **a.** "Bodily injury", "property damage", or "personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected ingestion of, inhalation of, absorption of, exposure to, or presence of "lead".

     **b.** Any loss, cost or expense arising, in whole or in part, out of any:

       **(i)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, abate, remove, monitor, clean up, contain, treat, detoxify, neutralize, or in any way respond to, or assess the effects of "lead"; or

       **(ii)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, abating, cleaning up, removing, containing, treating, monitoring, detoxifying or neutralizing or in any way responding to or assessing the effects of "lead".

**B.** The following definition is added to the **Definition** section:

   "Lead" means lead in any form, whether in combination with, an ingredient of, or as a component of any substance or material.

 Includes copyrighted material of ISO Properties, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTINUOUS OR PROGRESSIVE INJURY OR DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** **Section I – Coverages, Subparagraph 2. Exclusions,** of **Coverage A – Bodily Injury and Property Damage Liability** is amended to add the following:

**Exclusion for "Bodily Injury" or "Property Damage" Which Commences Prior to Inception of Policy**

This insurance does not apply to any "bodily injury" or "property damage" which was in progress as of the inception date of this policy or which commenced, or which is alleged to have occurred, prior to the inception or effective date of this policy, whether such "bodily injury" or "property damage" is known, unknown or should have been known by any "insured." We have no duty to defend any "suit" or claim alleging such "bodily injury" or "property damage."

This exclusion applies regardless of whether any "bodily injury" or "property damage" which commenced prior to the inception or effective date of this policy or which is, or is alleged to be occurring as of the inception of this policy, continues or progressively deteriorates during or after this policy period.

**B.** For the purposes of this endorsement only, the following **Definitions** have been added or modified as indicated below:

**1.** **Section V – Definitions, Subparagraph 9.f.** of "Insured Contract" is amended by adding the following:

**(4)** That provides indemnity and/or defense of any person or organization for their sole negligence or regardless of fault.

**2.** **Section V – Definitions, Subparagraph 13.** is deleted and replaced by the following:

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions. However, this definition does not include any occurrence which commenced prior to the effective date of this policy.

**3.** **Section V – Definitions,** is amended by adding the following:

"Insured" means any person or organization qualifying as an insured under **Section II – Who Is An Insured** in the Coverage Form along with any additional named insureds, indemnitees and/or additional insureds whether by endorsement, under an "insured contract" or otherwise and all other parties seeking insured status.

 Includes copyrighted material of ISO Properties, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS OR DIRECT – APPLIED EXTERIOR FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

**A.** This insurance does not apply to "bodily injury," or "property damage" included within the "products – completed operations hazard" or "personal and advertising injury" arising out of, caused by or attributable to, whether in whole or in part the design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, alteration, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or "direct-applied exterior finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system.

**B.** The following definitions are added to the **Definitions** Section:

"Exterior Insulation and Finish System" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure and consisting of:

**1.** A rigid or semi-rigid insulation board made of expanded polystyrene or other materials;

**2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**3.** A reinforced or unreinforced base coat;

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

"Direct-Applied Exterior Finish System" means a non-load bearing system, and all component parts therein, used on any part of any structure and consisting of:

**1.** A rigid or semi-rigid substrate such as Durock or other materials;

**2.** The adhesive and/or mechanical fasteners used to attach the substrate to the structure;

**3.** A reinforced or unreinforced base coat;

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

   Includes copyrighted material of ISO Properties, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL LIABILITY ELITE EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The COMMERCIAL GENERAL LIABILITY COVERAGE FORM is amended to include the following clarifications and extensions of coverage. The provisions of the Coverage Form apply unless modified by endorsement.

## A. EXPECTED OR INTENDED INJURY

**Section I – Coverage A,** Exclusion **a.** is amended as follows:

**a.** "Bodily injury" or "property damage" expected or intended from the standpoint of an insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

## B. NON-OWNED WATERCRAFT

**Section I – Coverage A,** Exclusion **g.(2)** is amended as follows:

**(2)** A watercraft you do not own that is:

**(a)** Less than 60 feet long; and

**(b)** Not being used to carry person(s) or property for a charge;

## C. EXTENDED PROPERTY DAMAGE COVERAGE

**Section I – Coverage A,** Exclusions **j.(3)** and **(4)** is amended to add the following:

Paragraphs **(3)** and **(4)** of this exclusion do not apply to tools or equipment loaned to you, provided they are not being used to perform operations at the time of loss.

| SCHEDULE | |
|---|---|
| **Limits Of Insurance** | **Deductible** |
| $5,000 Each Occurrence | $250 Per Claim |
| $10,000 Annual Aggregate | |

**a.** The each occurrence limit listed above is the most we will pay for all damages because of "property damage" to property in the care, custody and control of or property loaned to an insured as the result of any one "occurrence", regardless of the number of:

**(1)** insureds;

**(2)** claims made or "suits" brought;

**(3)** persons or organizations making claims or bringing "suits".

The aggregate limit listed above is the most we will pay for all damages because of "property damage" to property in the care custody and control of or property loaned to an insured during the policy period.

Any payment we make for damages because of "property damage" to property in the care, custody and control of or property loaned to an insured will apply against the General Aggregate Limit shown in the declarations.

**b.** Our obligation to pay damages on your behalf applies only to the amount of damages in excess of the deductible amount listed above. We may pay any part or all of the deductible amount listed above. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and upon notification by us, you will promptly reimburse us for that part of the deductible we paid.

**c.** If two or more coverages apply under one "occurrence", only the highest per claim deductible applicable to these coverages will apply.

**d.** Insurance provided by this provision is excess over any other insurance, whether primary, excess, contingent or any other basis. Since insurance provided by this endorsement is excess, we will have no duty to defend any claim or "suit" to which insurance provided by this endorsement applies if any other insurer has a duty to defend such a claim or "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

## D. PROPERTY DAMAGE – ELEVATORS

**Section I – Coverage A.2. Exclusions** paragraphs **j.(3), j.(4), j.(6)** and **k.** do not apply to use of elevators. This insurance afforded by this provision is excess over any valid and collectible property insurance (including any deductible) available to the insured and **Section IV – Commercial General Liability Conditions** Paragraph **4. Other Insurance** is changed accordingly.

 Includes copyrighted material of ISO Properties, Inc. with its permission.

### E.  FIRE, LIGHTNING OR EXPLOSION DAMAGE

Except where it is used in the term "hostile fire", the word fire includes fire, lightning or explosion wherever it appears in the Coverage Form.

Under **Section I – Coverage A,** the last paragraph (after the exclusions) is replaced with the following:

Exclusions **c.** through **n.** do not apply to damage by fire, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **Section III – Limits of Insurance.**

### F.  MEDICAL PAYMENTS

If **Section I – Coverage C. Medical Payments Coverage** is not otherwise excluded from this Coverage Form:

The requirement, in the Insuring Agreement of Coverage **C.,** that expenses must be incurred and reported to us within **one year** of the accident date is changed to **three years**.

### G.  SUPPLEMENTARY PAYMENTS

**Supplementary Payments – Coverages A** and **B** Paragraphs **1.b.** and **1.d.** are replaced by the following:

**1.b.** Up to $5,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**1.d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

### H.  SUBSIDIARIES AS INSUREDS

**Section II – Who Is An Insured** is amended to add the following:

**1.f.** Any legally incorporated subsidiary in which you own more than 50% of the voting stock on the effective date of this policy. However, insured does not include any subsidiary that is an insured under any other general liability policy, or would have been an insured under such a policy but for termination of that policy or the exhaustion of that policy's limits of liability.

### I.  BLANKET ADDITIONAL INSUREDS – AS REQUIRED BY CONTRACT

**1.   Section II – Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) subject to provisions in Paragraph **2.** below, (hereinafter referred to as additional insured) when you and such person(s) or organization(s) have agreed in a written contract or written agreement that such person(s) or organization(s) be added as an additional insured on your policy provided that the written contract or agreement is:

**a.** Currently in effect or becomes effective during the policy period; and

**b.** Executed prior to an "occurrence" or offense to which this insurance would apply.

However, the insurance afforded to such additional insured:

**a.** Only applies to the extent permitted by law; and

**b.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured; and

**c.** Applies only if the person or organization is not specifically named as an additional insured under any other provision of, or endorsement added to, **Section II – Who Is An Insured** of this policy.

**2.** As provided herein, the insurance coverage provided to such additional insureds is limited to:

**a.** Any Controlling Interest, but only with respect to their liability arising out of their financial control of you; or premises they own, maintain, or control while you lease or occupy these premises.

This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**b.** Any architect, engineer, or surveyor engaged by you but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**(1)** In connection with your premises; or

**(2)** In the performance of your ongoing operations.

With respect to the insurance afforded to these additional insureds, the following additional exclusion applies:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including:

**(1)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(2)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional services by or for you.

**c.** Any manager or lessor of a premises leased to you, but only with respect to liability arising out of the ownership, maintenance or use of that part of a premises leased to you, subject to the following additional exclusions:

This insurance does not apply to:

**(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises.

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**d.** Any state or governmental agency or subdivision or political subdivision, subject to the following:

**(1)** This insurance applies only with respect to the following hazards for which any state or governmental agency or subdivision or political subdivision has issued a permit or authorization in connection with premises you own, rent or control and to which this insurance applies:

**(a)** The existence, maintenance, repair, construction, erection or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners or decorations and similar exposures; or

**(b)** The construction, erection or removal of elevators; or

**(c)** The ownership, maintenance or use of any elevators covered by this insurance.

**(2)** This insurance applies only with respect to operations performed by you or on your behalf for which any state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

This insurance does not apply to:

**(a)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the federal government, state or municipality; or

**(b)** "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**e.** Any vendor, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business.

With respect to the insurance afforded to these vendors, the following additional exclusions apply:

**(1)** The insurance afforded any vendor does not apply to:

**(a)** "Bodily injury" or "property damage" for which any vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that any vendor would have in the absence of the contract or agreement;

**(b)** Any express warranty unauthorized by you;

**(c)** Any physical or chemical change in the product made intentionally by any vendor;

**(d)** Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**(e)** Any failure to make such inspections, adjustments, tests or servicing as any vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

**(f)** Demonstration, installation, servicing or repair operations, except such operations performed at any vendor's premises in connection with the sale of the product;

**(g)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for any vendor; or

(h) "Bodily injury" or "property damage" arising out of the sole negligence of any vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

(i) The exceptions contained in Subparagraphs **(d)** or **(f)**; or

(ii) Such inspections, adjustments, tests or servicing as any vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

**(2)** This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

**f.** Any Mortgagee, Assignee Or Receiver, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you.

This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**g.** Any Owners Or Other Interests From Whom Land Has Been Leased, but only with respect to liability arising out of the ownership, maintenance or use of that part of the land leased to you.

With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

**(1)** This insurance does not apply to:

(a) Any "occurrence" which takes place after you cease to lease that land; or

(b) Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**h.** Any person or organization from whom you lease equipment, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**i.** Any Owners, Lessees, or Contractors for whom you are performing operations, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**(1)** Your acts or omissions; or

**(2)** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

(a) The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional architectural, engineering or surveying services.

**(2)** "Bodily injury" or "property damage" occurring after:

**(a)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**(b)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**j.** Any Grantor of Licenses to you, but only with respect to their liability as grantor of licenses to you.

Their status as additional insured under this endorsement ends when:

**1.** The license granted to you by such person(s) or organization(s) expires; or

**2.** Your license is terminated or revoked by such person(s) or organization(s) prior to expiration of the license as stipulated by the contract or agreement.

**k.** Any Grantor of Franchise, but only with respect to their liability as grantor of a franchise to you.

**l.** Any Co-owner of Insured Premises, but only with respect to their liability as co-owner of any insured premises.

**m.** Any Concessionaires Trading Under Your Name, but only with respect to their liability as a concessionaire trading under your name.

**3.** Any insurance provided to any additional insured does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the sole negligence or willful misconduct of the additional insured or its agents, "employees" or any other representative of the additional insured.

**4.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits of Insurance:**

If coverage provided to any additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement; or

**b.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**J. COVERAGE FOR INJURY TO CO-EMPLOYEES AND/OR YOUR OTHER VOLUNTEER WORKERS**

**Section II – Who is an Insured,** Paragraph **2.a. (1)** is amended to add the following:

**e.** Paragraphs **(a)**, **(b)**, and **(c)** do not apply to your "employees" or "volunteer workers" with respect to "bodily injury" to a co-"employee" or other "volunteer worker".

Damages owed to an injured co-"employee" or "volunteer worker" will be reduced by any amount paid or available to the injured co-"employee" or "volunteer worker" under any other valid and collectible insurance.

**K. HEALTH CARE SERVICE PROFESSIONALS AS INSUREDS - INCIDENTAL MALPRACTICE**

**Section II – Who is an Insured,** Paragraph **2.a. (1) (d)** is amended as follows:

This provision does not apply to Nurses, Emergency Medical Technicians, or Paramedics who provide professional health care services on your behalf.

However this exception does not apply if you are in the business or occupation of providing any such professional services.

**L. NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

**Section II – Who Is An Insured,** Paragraph **3.a.** is replaced by the following:

**3.a.** Coverage under this provision is afforded until the end of the policy period.

This provision does not apply if newly formed or acquired organizations coverage is excluded either by the provisions of the Coverage Form or by endorsements.

**M. DAMAGE TO PREMISES RENTED TO YOU**

**Section III – Limits of Insurance,** Paragraph **6.** is replaced by the following:

Subject to **5.a.** above, the Damage To Premises Rented To You Limit, or $500,000, whichever is higher, is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, smoke or leakage from automatic protection systems, while rented to you or temporarily occupied by you with permission of the owner.

**N. MEDICAL PAYMENTS – INCREASED LIMITS**

**Section III – Limits of Insurance,** Paragraph **7.** is replaced by the following:

**7.** Subject to Paragraph **5.** above, $10,000 is the Medical Expense Limit we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person, unless the amount shown on the Declarations of this Coverage Part for Medical Expense Limit states:

**(a)** No Coverage; or

**(b)** $1,000; or

**(c)** $5,000; or

**(d)** A limit higher than $10,000.

**O. DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

**Section IV – Commercial General Liability Conditions** Paragraph **2.** is amended to add the following:

**e.** The requirement in Condition **2.a.** that you must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim, applies only when the "occurrence" or offense is known to:

**(1)** You, if you are an individual or a limited liability company;

**(2)** A partner, if you are a partnership;

**(3)** A member or manager, if you are a limited liability company;

**(4)** An "executive officer" or insurance manager, if you are a corporation; or

**(5)** A trustee, if you are a trust.

**f.** The requirement in Condition **2.b.** that you must see to it that we receive notice of a claim or "suit" as soon as practicable will not be considered breached unless the breach occurs after such claim or "suit" is known to:

**(1)** You, if you are an individual or a limited liability company;

**(2)** A partner, if you are a partnership;

**(3)** A member or manager, if you are a limited liability company;

**(4)** An "executive officer" or insurance manager, if you are a corporation; or

**(5)** A trustee, if you are a trust.

**P. PRIMARY AND NONCONTRIBUTORY – ADDITIONAL INSURED EXTENSION**

**Section IV – Commercial General Liability Conditions** Paragraph **4. Other Insurance** is amended to add the following:

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance; and

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.
However, if the additional insured has been added as an additional insured on other policies, whether primary, excess, contingent or on any other basis, this insurance is excess over any other insurance regardless of the written agreement between you and an additional insured.

**Q. UNINTENTIONAL FAILURE TO DISCLOSE EXPOSURES**

**Section IV – Commercial General Liability Conditions** Paragraph **6. Representations** is amended to add the following:

If you unintentionally fail to disclose any exposures existing at the inception date of your policy, we will not deny coverage under the Coverage Form solely because of such failure to disclose. However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

This provision does not apply to any known injury or damage which is excluded under any other provision of this policy.

**R. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

**Section IV – Commercial General Liability Condition** Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** is amended to add the following:

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of:

**1.** Your ongoing operations; or

**2.** "Your work" included in the "products-completed operations hazard".

However, this waiver applies only when you have agreed in writing to waive such rights of recovery in a contract or agreement, and only if the contract or agreement:

**1.** Is in effect or becomes effective during the term of this policy; and

**2.** Was executed prior to loss.

**S. MENTAL ANGUISH**

**Section V – Definition 3.** is replaced by the following:

"Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from bodily injury, sickness or disease.

**T. LIBERALIZATION**

If we revise this endorsement to provide greater coverage without additional premium charge, we will automatically provide the additional coverage to all endorsement holders as of the day the revision is effective in your state.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc.,  1998

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

IL 02 62 02 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **A.1.** of the **Cancellation** Common Policy Condition is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

    **a.** If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

    **b.** If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days' notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

Our notice will state the effective date of cancellation, which will be the later of the following:

    **(1)** 10 days from the date of mailing or delivering our notice; or

    **(2)** The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** Paragraph **A.5.** of the **Cancellation** Common Policy Condition is replaced by the following:

    **5. Premium Refund**

    **a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

    **b.** If we cancel, the refund will be pro rata, except as provided in **c.** below.

    **c.** If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

    **d.** If the first Named Insured cancels, the refund may be less than pro rata.

    **e.** The cancellation will be effective even if we have not made or offered a refund.

© Insurance Services Office, Inc., 2014

<div align="right">**INTERLINE**</div>

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

        BUSINESSOWNERS COVERAGE FORM
        COMMERCIAL GENERAL LIABILITY COVERAGE FORM
        OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
        POLLUTION LIABILITY COVERAGE FORM
        PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
        RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

The policy does not apply to "bodily injury", "personal injury" (or "personal and advertising injury" if defined as such in your policy) or "property damage" (including any associated clean-up obligations) arising out of the installation, existence, removal, or disposal of asbestos or any substance containing asbestos fibers.

**COMMERCIAL INTERLINE**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – MIXED DUST PNEUMOCONIOSIS, LUNG DISEASE OR AILMENT

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    BUSINESSOWNERS COVERAGE FORM
    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    COMMERCIAL UMBRELLA COVERAGE FORM
    LAW ENFORCEMENT LIABILITY COVERAGE FORM
    LINEBACKER PUBLIC OFFICIALS AND EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM
    LINEBACKER PRIVATE ENTITY AND EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
    RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

This insurance does not apply to:

Any injury, damage, expense, cost, loss, liability, defense or legal obligation arising out of, resulting from or in any way related to, in whole or in part, mixed dust pneumoconiosis or any lung disease, including but not limited to, pleural plaques, asbestosis, silicosis, lung cancer, emphysema, bronchitis, or other pneumoconiosis-related ailment, including, but not limited to, arthritis, cancer, lupus, heart, kidney or gallbladder disease.

 Includes copyrighted material of ISO Properties, Inc. with its permission.

COMMERCIAL INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABSOLUTE EXCLUSION FOR FRAUD, MISREPRESENTATION, DECEIT OR SUPPRESSION OR CONCEALMENT OF FACT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2.** Exclusions of Coverage **A** – Bodily Injury and Property Damage Liability and Coverage **B** – Personal and Advertising Injury Liability **C** Medical Payments (Section **1** – Coverages):

This insurance does not apply to any claim or lawsuit for damages arising out of fraud, misrepresentation, deceit, suppression or concealment of fact, whether intentional, unintentional, innocent, negligent, willful, malicious, reckless or wanton, including, but no limited to an action or lawsuit demanding or seeking damages or recovery based on direct liability, vicarious liability or agency principles. We will not make any payment if those payments arise out of any claim or lawsuit excluded by this endorsement. We have no duty to defend any insured against any claim or lawsuit for damages to which this insurance does not apply.

This exclusion applies regardless of:

1. Whether such operations are or were conducted by you or on your behalf; or

2. Whether the operations are or were conducted for you or for others.

# IMPORTANT NOTICE TO POLICYHOLDERS

**Re:  New Federal Claim Information Reporting Requirements**

New federal reporting requirements for claims involving parties potentially eligible for Medicare are now in place. With your continued cooperation, EMC Insurance Companies will be able to meet these new reporting responsibilities.

To help us comply with the new requirements, **you simply need to make sure you report all claims to your agent or EMC Insurance Companies.**  If you choose to pay a claim, or attempt to settle a claim on your own, you may become responsible for these new reporting requirements.

For specific information on Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 (MMSEA) (P.L. 110-173), go to http://go.cms.gov/mirnghp or consult with your attorney.

**EMC**
INSURANCE

EMPLOYERS MUTUAL CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

```
                            *------------------------*
POLICY PERIOD:  FROM  01/18/20  TO  01/18/21   *      POLICY NUMBER    *
                            * 5 D 4 - 2 3 - 7 2---21 *
                            *------------------------*
     N A M E D   I N S U R E D :          P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TIGER CREEK DEVELOPMENT, INC          SUTTER, MCLELLAN & GILBREATH
2301 AIRPORT THRUWAY STE F6           1424 N BROWN RD STE 300
COLUMBUS GA 31904-3521                SUITE 300
                                      LAWRENCEVILLE GA 30043-8107

                                      AGENT: AS 6258
     DIRECT BILL                      AGENT PHONE: (770)246-8300
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y .
P L E A S E   R E A D   I T   C A R E F U L L Y .

--------------------------------------------------------------------

```
     *--------------------------------------------------*
     * ENDORSEMENT EFFECTIVE DATES: 04/07/20 TO 01/18/21 *
     *--------------------------------------------------*
```

IN CONSIDERATION OF THE PREMIUM CHARGED THE FOLLOWING CHANGES ARE
APPLICABLE TO THIS POLICY: SEE ATTACHED SCHEDULE
AMENDED MAILING ADDRESS

--------------------------------------------------------------------

```
     ---------------------------------------
     ADDITIONAL PREMIUM:   $        0.00
     ---------------------------------------
```

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 04/09/20          COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)          400      VC        5D42372   2103

**EMC**
INSURANCE

EMPLOYERS MUTUAL CASUALTY COMPANY

G E O R G I A   P O L I C Y   C H A N G E S

```
                                    *------------------------*
POLICY PERIOD:  FROM  01/18/20  TO  01/18/21   *      POLICY NUMBER     *
                                    * 5 D 4 - 2 3 - 7 2---21 *
                                    *------------------------*
```

N A M E D   I N S U R E D :            P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TIGER CREEK DEVELOPMENT, INC            SUTTER, MCLELLAN & GILBREATH
2301 AIRPORT THRUWAY STE E6             1424 N BROWN RD STE 300
COLUMBUS GA 31904-3531                  SUITE 300
                                        LAWRENCEVILLE GA 30043-8107

                                        AGENT: AS 6258
   DIRECT BILL                          AGENT PHONE: (770)246-8300
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
            P L E A S E   R E A D   I T   C A R E F U L L Y.

   ------------------------------------------------------------------

      *--------------------------------------------------*
      * ENDORSEMENT EFFECTIVE DATES: 01/18/20 TO 01/18/21 *
      *--------------------------------------------------*

   IN CONSIDERATION OF THE PREMIUM CHARGED THE
   FOLLOWING ITEM(S):

( )INSURED'S NAME                   ( )INSURED'S MAILING ADDRESS
( )POLICY NUMBER                    ( )COMPANY
( )EFFECTIVE/EXPIRATION DATE        ( )INSUREDS LEGAL STATUS/BUSINESS
                                       OF INSURED
( )PAYMENT PLAN                     ( )COVERAGE FORMS AND ENDORSEMENTS
( )ADDITIONAL INTERESTED PARTIES    ( )DEDUCTIBLES
( )LIMITS/EXPOSURES                 ( )CLASSIFICATION/CLASS CODES
( )COVERED PROPERTY/LOCATION DESCRIPTION ( )UNDERLYING INSURANCE
------------------------------------------------------------------------
   IS CHANGED TO READ:

        (SEE PAGE TWO FOR ENDORSEMENT DESCRIPTION)




            ------------------------------------
            ADDITIONAL PREMIUM:   $  ████████
            ------------------------------------




PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 04/09/20        COUNTERSIGNED BY:            (CONTINUED)
FORM: IL1209A (ED.07-18)            400    VC        5D42372  2102
```

**EMC**
INSURANCE

EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NUMBER: 5D4-23-72---21

TIGER CREEK DEVELOPMENT, INC          EFF DATE: 01/18/20    EXP DATE: 01/18/21

### G E N E R A L   L I A B I L I T Y   P O L I C Y
### D E C L A R A T I O N S
========================================================================
ENDORSEMENT SCHEDULE

```
              EDITION
  FORM        DATE      DESCRIPTION/ADDITIONAL INFORMATION              PREMIUM
-----------------------------------------------------------------------------
CG0001       04-13    COMMERCIAL GEN LIABILITY COV FORM
CG0300       01-96    DEDUCTIBLE LIABILITY INSURANCE
CG2106       05-14    EXCL-ACCESS/DISCL OF CONFID/PERSONAL
CG2134       01-87    EXCL-DESIGNATED WORK
                        DESC OF YOUR WORK:
                          THE DISTRIBUTION AND/OR SALE OF, OR THE
                          UTILIZATION OF, DRYWALL, GYPSUM BOARD, WALL-
                          BOARD AND/OR ANY SUBSTANTIALLY SIMILAR
                          PRODUCT MANUFACTURED AND/OR IMPORTED FROM
                          CHINA, IN THE CONSTRUCTION, FABRICATION,
                          INSTALLATION, MAINTENANCE, REPAIR (INCLUDING
                          REMODELING), OF ANY HOUSE OR BUILDING, OR IN
                          THE PREPARATION OF ANY HOUSE OR BUILDING
                          AND/OR THE SERVICE, CORRECTION OR
                          REPLACEMENT OF ANY PART OF A HOUSE OR
                          BUILDING.
                          .
CG2146       07-98    EXCL-ABUSE OR MOLESTATION
CG2147       12-07    EXCL-EMPLOYMENT RELATED PRACTICES
CG2150       04-13    AMENDMENT/LIQUOR LIABILITY EXCLUSION
CG2170       01-15    CAP/LOSSES FROM CERT ACTS/TERRORISM
CG2176       01-15    EXCL PUNITIVE DMGS ACTS OF TERRORISM
CG2196       03-05    SILICA OR SILICA RELATED DUST EXCL
CG2294       10-01    EXCL-DMG TO WORK PERFORMED BY SUB
CG2426       04-13    AMEND OF INSURED CONTRACT DEFINITION
CG3201       12-04    GA LTD FUNGI/BACTERI COV-SM BUSINESS
                          FUNGI AND BACTERIA PROPERTY DAMAGE
                        $     50,000 AGGREGATE LIMIT
CG7001A      10-12    GENERAL LIABILITY SCHEDULE
CG7003       10-13    GL QUICK REFERENCE (OCCURRENCE)
CG7185       10-13    EXCLUSION - LEAD
CG7315       10-13    CONTINUOUS OR PROGRESS INJ/DMG EXCL
CG7523       03-07    EXCL EXT INSUL/FINISH OR DIRECT APP
CG7578       02-19    GENERAL LIABILITY ELITE EXTENSION
IL0017       11-98    COMMON POLICY CONDITIONS
IL0021       09-08    NUCLEAR ENERGY LIAB EXCL/BROAD FORM
IL0262       02-15    GA CHANGES - CANCELLATION/NONRENEWAL
IL7028       05-15    ASBESTOS EXCLUSION
*IL7131A     04-01    COMM'L POLICY ENDORSEMENT SCHEDULE
IL7137       01-18    EXCL MIXED DUST PNEUMOCONIOSIS
IL7332       11-07    ABSOLUTE EXCL FRAUD MISREPRESENT DEC
IL8383.5A    01-20    DISCL PURSUANT TERRSM RISK INS. ACT
                        PREMIUM THROUGH 12/31/20                     $
                        PREMIUM BEYOND 12/31/20                      $      ■
IL8384A      01-08    TERRORISM NOTICE
IL8576       10-17    MEDICARE IMPT NOTICE TO POLICYHOLDER
```

**EMC** INSURANCE

EMPLOYERS MUTUAL CASUALTY COMPANY                    POLICY NO: 5D4-23-72---21
TIGER CREEK DEVELOPMENT INC     EFF DATE: 01/18/20     EXP DATE: 01/18/21

### G E N E R A L   L I A B I L I T Y   S C H E D U L E
--------------------------------------------------------------------------------
EACH OCCURRENCE LIMIT                                $   1,000,000
  DAMAGE TO PREMISES RENTED TO YOU LIMIT    $     500,000 ANY ONE PREMISES
  MEDICAL EXPENSE LIMIT                     $      10,000 ANY ONE PERSON
PERSONAL AND ADVERTISING INJURY LIMIT       $   1,000,000 ANY ONE PERSON OR
                                                         ORGANIZATION
GENERAL AGGREGATE LIMIT                              $   2,000,000
PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT        $   2,000,000
--------------------------------------------------------------------------------

| CODE NO./EXPOSURE/CLASSIFICATION | ! PRODUCTS/COMPL OPS ! | | ALL OTHER | |
| | ! RATE !ADVANCE PREM! | | RATE !ADVANCE PREM | |
--------------------------------------------------------------------------------

| | PRODUCTS/COMPL OPS RATE | ADVANCE PREM | ALL OTHER RATE | ADVANCE PREM |
|---|---|---|---|---|
| LOCATION 004 | | | | |
| 91580 | | | ▮ | $ ▮ |
| CONTRACTORS - EXECUTIVE SUPERVISORS | | | | |
| OR EXECUTIVE SUPERINTENDENTS (4) | | | | |
| PREMIUM BASIS: | | | | |
| THOUSANDS OF PAYROLL | | | | |
| EXPOSURE:      18300 | | | | |
| (SUBLINE     /334) | | | | |
| $  2500 DEDUCTIBLE APPLIES TO PD | | | | |
| PER CLAIM UNLESS A LIMITATION IS | | | | |
| SHOWN ON THE ENDORSEMENT SCHEDULE | | | | |

--------------------------------------------------------------------------------

| | PRODUCTS/COMPL OPS RATE | ADVANCE PREM | ALL OTHER RATE | ADVANCE PREM |
|---|---|---|---|---|
| LOCATION 004 | | | | |
| 91581 | ▮ | $ ▮ | ▮ | $ ▮ |
| CONTRACTORS-SUBCONT WORK-IN CONNECT | | | | |
| WITH CONSTRUCT,RECONSTRUCT,ERECTION | | | | |
| OR REPAIR - NOT BLDGS - NOC | | | | |
| PREMIUM BASIS: | | | | |
| THOUSANDS OF TOTAL COST | | | | |
| EXPOSURE:    1000000 | | | | |
| (SUBLINE 336/334) | | | | |

--------------------------------------------------------------------------------
                     TOTAL PREMIUM FOR CHANGES $    ▮
--------------------------------------------------------------------------------

(1) OTHER THAN NOT FOR PROFIT    (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS UNLESS OTHERWISE EXCLUDED
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
(5) A $250 PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
    OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF $250 PER CLAIM APPLIES
    UNLESS A HIGHER DEDUCTIBLE IS OTHERWISE DESIGNATED FOR THIS
    CLASSIFICATION CODE

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

  LOC 001    PINEWOOD WEST
             COLUMBUS, GA  31909


DATE OF ISSUE: 04/09/20 BPP                              (CONTINUED)
FORM CG7001A  ED.10-12 BPP   10/14/19      400      VC    5D42372  2102

**EMC**
INSURANCE

```
EMPLOYERS MUTUAL CASUALTY COMPANY                POLICY NO: 5D4-23-72---21
TIGER CREEK DEVELOPMENT INC      EFF DATE: 01/18/20    EXP DATE: 01/18/21
```

```
                   G E N E R A L   L I A B I L I T Y   S C H E D U L E
                             ( C O N T I N U E D )
--------------------------------------------------------------------------

     LOC 002    SONOMA POINTE
                COLUMBUS, GA  31909


     LOC 003    CROSSWINDS
                COLUMBUS, GA  31909


     LOC 004    256 LEE ROAD 677
                AUBURN, AL  36830-4167
```

```
DATE OF ISSUE: 04/09/20 BPP
FORM CG7001A  ED.10-12 BPP    10/14/19      400        VC      5D42372  2102
```

**EMC**
**INSURANCE**

EMPLOYERS MUTUAL CASUALTY COMPANY                    PRIOR POLICY: 5D4-23-72

### G E N E R A L   L I A B I L I T Y   D E C L A R A T I O N S

```
                                           *------------------------*
POLICY PERIOD: FROM  01/18/20 TO  01/18/21  *      POLICY NUMBER     *
                                           * 5 D 4 - 2 3 - 7 2---21 *
                                           *------------------------*
```

N A M E D   I N S U R E D:                    P R O D U C E R:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TIGER CREEK DEVELOPMENT, INC           SUTTER, MCLELLAN & GILBREATH
2301 AIRPORT THRUWAY STE E6            1424 N BROWN RD STE 300
COLUMBUS GA 31904-3551                 SUITE 300
                                       LAWRENCEVILLE GA 30043-8107

                                       AGENT: AS 6258
       DIRECT BILL                     AGENT PHONE: (770)246-8300
                                       CLAIM REPORTING: (888)362-2255
                                       SERVICING CARRIER: (800)239-2005

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THIS POLICY RENEWAL IS OFFERED CONTINGENT UPON THE RECEIPT OF PAYMENT
WHICH IS DUE ON 01/18/20.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
INSURED IS: CORPORATION          BUSINESS DESC: PROPERTY OWNER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### L I M I T S   O F   I N S U R A N C E

```
EACH OCCURRENCE LIMIT                       $    1,000,000
   DAMAGE TO PREMISES RENTED TO YOU LIMIT   $      500,000 ANY ONE PREMISES
   MEDICAL EXPENSE LIMIT                     $       10,000 ANY ONE PERSON

PERSONAL AND ADVERTISING INJURY LIMIT       $    1,000,000 ANY ONE PERSON OR
                                                            ORGANIZATION

GENERAL AGGREGATE LIMIT                             $   2,000,000
PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT       $   2,000,000
```
-----------------------------------------------------------------------
```
    C O V E R A G E S   P R O V I D E D                     P R E M I U M
    -----------------------------------                     -------------
       PRODUCTS/COMPLETED OPERATIONS                $    █████████
       OTHER THAN PRODUCTS/COMPLETED OPERATIONS     $    █████████
                                                   ------------------
                        TOTAL ESTIMATED POLICY PREMIUM  $  █████████
                                                   ------------------
```

```
-----------------------------------------------------------------------
                SEE ATTACHED SCHEDULE FOR LOCATION
            OF ALL PREMISES OWNED, RENTED OR OCCUPIED.
-----------------------------------------------------------------------
```

DATE OF ISSUE: 12/07/19 BPP
FORM CG7000A  ED. 08-99 BPP  10/14/19      400        LW      5D42372  2101

**EMC**
**INSURANCE**

PAGE 2

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY | POLICY NUMBER: 5D4-23-72 |
| TIGER CREEK DEVELOPMENT INC        EFF DATE: 01/18/20 | EXP DATE: 01/18/21 |

FORMS APPLICABLE:
            CG0001(04/13)*, CG0300(01/96)*, CG2106(05/14)*, CG2134(01/87)*,
            CG2146(07/98)*, CG2147(12/07)*, CG2150(04/13)*, CG2170(01/15)*,
            CG2176(01/15)*, CG2196(03/05)*, CG2294(10/01)*, CG2426(04/13)*,
            CG3201(12/04)*, CG7001A(10/12)*, CG7003(10/13)*, CG7185(10/13)*,
            CG7315(10/13)*, CG7523(03/07)*, CG7578(02/19)*, IL0017(11/98)*,
            IL0021(09/08)*, IL0262(02/15)*, IL7028(05/15)*, IL7131A(04/01)*,
            IL7137(01/18)*, IL7332(11/07)*, IL8383.5A(01/20)*, IL8384A(01/08)*,
            IL8576(10/17)*

DATE OF ISSUE: 12/07/19 BPP

FORM CG7000A  ED. 08-99 BPP   10/14/19        400          LW        5D42372   2101

**EMC**
INSURANCE

EMPLOYERS MUTUAL CASUALTY COMPANY                    POLICY NUMBER: 5D4-23-72---21

TIGER CREEK DEVELOPMENT, INC            EFF DATE: 01/18/20    EXP DATE: 01/18/21

## G E N E R A L   L I A B I L I T Y   P O L I C Y
## D E C L A R A T I O N S
```
===========================================================================
```
ENDORSEMENT SCHEDULE

```
              EDITION
   FORM        DATE    DESCRIPTION/ADDITIONAL INFORMATION              PREMIUM
-------------------------------------------------------------------------------
*CG0001       04-13    COMMERCIAL GEN LIABILITY COV FORM
*CG0300       01-96    DEDUCTIBLE LIABILITY INSURANCE
*CG2106       05-14    EXCL-ACCESS/DISCL OF CONFID/PERSONAL
*CG2134       01-87    EXCL-DESIGNATED WORK
                       DESC OF YOUR WORK:
                          THE DISTRIBUTION AND/OR SALE OF, OR THE
                          UTILIZATION OF, DRYWALL, GYPSUM BOARD, WALL-
                          BOARD AND/OR ANY SUBSTANTIALLY SIMILAR
                          PRODUCT MANUFACTURED AND/OR IMPORTED FROM
                          CHINA, IN THE CONSTRUCTION, FABRICATION,
                          INSTALLATION, MAINTENANCE, REPAIR (INCLUDING
                          REMODELING), OF ANY HOUSE OR BUILDING, OR IN
                          THE PREPARATION OF ANY HOUSE OR BUILDING
                          AND/OR THE SERVICE, CORRECTION OR
                          REPLACEMENT OF ANY PART OF A HOUSE OR
                          BUILDING.
                        .
*CG2146       07-98    EXCL-ABUSE OR MOLESTATION
*CG2147       12-07    EXCL-EMPLOYMENT RELATED PRACTICES
*CG2150       04-13    AMENDMENT/LIQUOR LIABILITY EXCLUSION
*CG2170       01-15    CAP/LOSSES FROM CERT ACTS/TERRORISM
*CG2176       01-15    EXCL PUNITIVE DMGS ACTS OF TERRORISM
*CG2196       03-05    SILICA OR SILICA RELATED DUST EXCL
*CG2294       10-01    EXCL-DMG TO WORK PERFORMED BY SUB
*CG2426       04-13    AMEND OF INSURED CONTRACT DEFINITION
*CG3201       12-04    GA LTD FUNGI/BACTERI COV-SM BUSINESS
                          FUNGI AND BACTERIA PROPERTY DAMAGE
                       $      50,000 AGGREGATE LIMIT
*CG7001A      10-12    GENERAL LIABILITY SCHEDULE
*CG7003       10-13    GL QUICK REFERENCE (OCCURRENCE)
*CG7185       10-13    EXCLUSION - LEAD
*CG7315       10-13    CONTINUOUS OR PROGRESS INJ/DMG EXCL
*CG7523       03-07    EXCL EXT INSUL/FINISH OR DIRECT APP
*CG7578       02-19    GENERAL LIABILITY ELITE EXTENSION
*IL0017       11-98    COMMON POLICY CONDITIONS
*IL0021       09-08    NUCLEAR ENERGY LIAB EXCL/BROAD FORM
*IL0262       02-15    GA CHANGES - CANCELLATION/NONRENEWAL
*IL7028       05-15    ASBESTOS EXCLUSION
*IL7131A      04-01    COMM'L POLICY ENDORSEMENT SCHEDULE
*IL7137       01-18    EXCL MIXED DUST PNEUMOCONIOSIS
*IL7332       11-07    ABSOLUTE EXCL FRAUD MISREPRESENT DEC
*IL8383.5A    01-20    DISCL PURSUANT TERRSM RISK INS. ACT
                          PREMIUM THROUGH 12/31/20              $
                          PREMIUM BEYOND 12/31/20               $
*IL8384A      01-08    TERRORISM NOTICE
*IL8576       10-17    MEDICARE IMPT NOTICE TO POLICYHOLDER


   DATE OF ISSUE: 12/07/19
   FORM: IL7131A (ED. 04-01)               400      LW       5D42372  2101
```

**EMC** INSURANCE

```
EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NUMBER: 5D4-23-72---21
TIGER CREEK DEVELOPMENT, INC        EFF DATE: 01/18/20    EXP DATE: 01/18/21
```

## T E R R O R I S M    N O T I C E

This insurance may include coverage for certified acts of terrorism
as defined in the Terrorism Risk Insurance Act, as amended.

Attached you will find a disclosure, which identifies the specific
charge for certified acts of terrorism.

        YOU MAY HAVE THE OPTION TO REJECT THIS TERRORISM COVERAGE
        -------------------------------------------------------

        For additional information, please contact your agent

```
DATE OF ISSUE: 12/07/19
FORM: IL8384A (01-08)              400      LW      5D42372  2101
```

**EMC** INSURANCE

EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NUMBER: 5D4-23-72---21
TIGER CREEK DEVELOPMENT, INC        EFF DATE: 01/18/20    EXP DATE: 01/18/21

This endorsement is attached to and made part of your policy
in response to the disclosure requirements of the Terrorism Risk
Insurance Act. This endorsement does not grant any coverage or
change the terms and conditions of any coverage under the policy.

D I S C L O S U R E   P U R S U A N T   T O
T E R R O R I S M   R I S K   I N S U R A N C E   A C T
-------------------------------------------------------------------
S C H E D U L E
Terrorism Premium (Certified Acts)
  A. Premium through end of year 12/31/20
  B. Premium beyond the date specified above   
     (Refer to paragraph D. below)
-------------------------------------------------------------------
A. DISCLOSURE OF PREMIUM:
   In accordance with the Federal Terrorism Risk Insurance Act, we are
   required to provide you with a notice disclosing the portion of
   your premium, if any, attributable to coverage for terrorism acts
   certified under the Terrorism Risk Insurance Act. As defined in
   section 102(1) of the Act: the term "act of terrorism" means any
   act that is certified by the Secretary of the Treasury-in
   consultation with the Secretary of Homeland Security, and the
   Attorney General of the United States-to be an act of terrorism;
   to be a violent act or an act that is dangerous to human life,
   property, or infrastructure; to have resulted in damage within the
   United States, or outside the United States in the case of certain
   air carriers or vessels or the premises of a United States mission;
   and to have been committed by an individual or individuals as
   part of an effort to coerce the civilian population of the United
   States or to influence the policy or affect the conduct of the
   United States government by coercion. The portion of your premium
   attributable to such coverage is shown in the schedule of this
   endorsement or in the policy declarations.

B. DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES:
   The United States Government, Department of the Treasury, will pay
   a share of terrorism losses insured under the federal program.  The
   federal share equals 80% of that portion of the amount of such
   insured losses that exceeds the applicable insurer retention.
   However, if aggregate insured losses attributable to terrorist acts
   certified under the Terrorism Risk Insurance Act exceed $100 billion
   in a calendar year, the Treasury shall not make any payment for any
   portion of the amount of such losses that exceeds $100 billion.

C. CAP ON INSURER PARTICIPATION IN PAYMENT OF TERRORISM LOSSES:
   If aggregate insured losses attributable to terrorist acts
   certified under the Terrorism Risk Insurance Act exceed $100
   billion in a calendar year and we have met our insurer deductible
   under the Terrorism Risk Insurance Act, we shall not be liable for
   the payment of any portion of the amount of such losses that exceeds
   $100 billion, and in such case insured losses up to that
   amount are subject to pro rata allocation in accordance with
   procedures established by the Secretary of the Treasury.


Includes copyrighted material of ISO Properties, Inc. with its permission

**EMC** INSURANCE

Page 2

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY | POLICY NUMBER: 5D4-23-72---21 |
| TIGER CREEK DEVELOPMENT, INC | EFF DATE: 01/18/20   EXP DATE: 01/18/21 |

This endorsement is attached to your policy in response to the
disclosure requirements of the Terrorism Risk Insurance Act.
This disclosure does not grant any coverage or change the terms
and conditions of any coverage under the policy.

### D I S C L O S U R E   P U R S U A N T   T O
### T E R R O R I S M   R I S K   I N S U R A N C E   A C T

-------------------------------------------------------------------
D. PREMIUM BEYOND THE YEAR SPECIFIED IN THE SCHEDULE ABOVE:
The premium for certified acts of terrorism coverage is
calculated based in part on the federal participation in payment
of terrorism losses as set forth in the Terrorism Risk Insurance
Act. The federal program established by the Act is scheduled to
terminate at the end of the year specified in the schedule of this
endorsement, unless extended by the federal government.  If the
federal program is extended, the premium shown in (B) in the
schedule shall be attributable to coverage for terrorism acts
certified under the act. If the Federal program terminates, your
policy will still contain coverage for acts of terrorism unless you
have elected to exclude the coverage.  The premium shown in (B) of
the schedule shall be attributable to that coverage for terrorism.

THE FOLLOWING STATEMENT IS REQUIRED TO BE PART OF THE DISCLOSURE NOTICE
IN MISSOURI:

The premium above is for certain losses resulting from certified acts of
terrorism as covered pursuant to coverage provisions, limitations and
exclusions in this policy.  You should read the definition in your policy
carefully, but generally speaking, "certified" acts of terrorism are
acts that exceed $5 million in aggregate losses to the insurance
industry and which are subsequently declared  by the U.S. Secretary of
the Treasury as a certified terrorist act under the Terrorism Risk
Insurance Act.  Some losses resulting from certified acts of terrorism
are not covered.
Read your policy and endorsements carefully.

Includes copyrighted material of ISO Properties, Inc. with its permission
DATE OF ISSUE: 12/07/19
FORM:  IL8383.5A(01-20)                    400      LW         5D42372   2101

**EMC**
INSURANCE

```
EMPLOYERS MUTUAL CASUALTY COMPANY              POLICY NO: 5D4-23-72---21
TIGER CREEK DEVELOPMENT INC      EFF DATE: 01/18/20   EXP DATE: 01/18/21
```

## G E N E R A L   L I A B I L I T Y   S C H E D U L E

```
------------------------------------------------------------------------------
                                   ! PRODUCTS/COMPL OPS !    ALL OTHER
                                   !  RATE !ADVANCE PREM!  RATE !ADVANCE PREM
CODE NO./EXPOSURE/CLASSIFICATION   !       !            !       !
------------------------------------------------------------------------------
LOCATION 001                       !       !            !       !
49451                              !       !            !   ███ !$        ███
VACANT LAND (1) (4)                !       !            !       !
  PREMIUM BASIS:                   !       !            !       !
  EACH ACRE                        !       !            !       !
  EXPOSURE:        35              !       !            !       !
 (SUBLINE    /334)                 !       !            !       !
$  2500 DEDUCTIBLE APPLIES TO PD   !       !            !       !
PER CLAIM UNLESS A LIMITATION IS   !       !            !       !
SHOWN ON THE ENDORSEMENT SCHEDULE  !       !            !       !
------------------------------------------------------------------------------
87779                              !       !            !       !$        ███
GEORGIA LIMITED FUNGI OR BACTERIA  !       !            !       !
COVERAGE SMALL BUSINESS            !       !            !       !
  PREMIUM BASIS:                   !       !            !       !
  FLAT CHRGE                       !       !            !       !
  EXPOSURE:         1              !       !            !       !
 (SUBLINE    /334)                 !       !            !       !
------------------------------------------------------------------------------
LOCATION 002                       !       !            !       !
49451                              !       !            !   ███ !$        ███
VACANT LAND (1) (4)                !       !            !       !
  PREMIUM BASIS:                   !       !            !       !
  EACH ACRE                        !       !            !       !
  EXPOSURE:        25              !       !            !       !
 (SUBLINE    /334)                 !       !            !       !
$  2500 DEDUCTIBLE APPLIES TO PD   !       !            !       !
PER CLAIM UNLESS A LIMITATION IS   !       !            !       !
SHOWN ON THE ENDORSEMENT SCHEDULE  !       !            !       !
------------------------------------------------------------------------------
LOCATION 003                       !       !            !       !
49451                              !       !            !   ███ !$        ███
VACANT LAND (1) (4)                !       !            !       !
  PREMIUM BASIS:                   !       !            !       !
  EACH ACRE                        !       !            !       !
  EXPOSURE:        15              !       !            !       !
 (SUBLINE    /334)                 !       !            !       !
$  2500 DEDUCTIBLE APPLIES TO PD   !       !            !       !
PER CLAIM UNLESS A LIMITATION IS   !       !            !       !
SHOWN ON THE ENDORSEMENT SCHEDULE  !       !            !       !
------------------------------------------------------------------------------
LOCATION 004                       !       !            !       !
47051                              !       !            !   ███ !$       ███
REAL ESTATE DEVELOPMENT PROPERTY   !       !            !       !
(4)                                !       !            !       !
  PREMIUM BASIS:                   !       !            !       !
  EACH ACRE                        !       !            !       !
  EXPOSURE:       125              !       !            !       !
 (SUBLINE    /334)                 !       !            !       !
------------------------------------------------------------------------------
```

```
DATE OF ISSUE: 12/07/19 BPP                                  (CONTINUED)
FORM CG7001A  ED.10-12 BPP   10/14/19      400        LW     5D42372  2101
```

**EMC** INSURANCE

EMPLOYERS MUTUAL CASUALTY COMPANY                    POLICY NO: 5D4-23-72---21
TIGER CREEK DEVELOPMENT INC         EFF DATE: 01/18/20    EXP DATE: 01/18/21

## G E N E R A L   L I A B I L I T Y   S C H E D U L E
### ( C O N T I N U E D )

```
--------------------------------------------------------------------------
                          ! PRODUCTS/COMPL OPS !      ALL OTHER
  CODE NO./EXPOSURE/CLASSIFICATION  ! RATE !ADVANCE PREM!  RATE !ADVANCE PREM
--------------------------------------------------------------------------
```

| CODE NO./EXPOSURE/CLASSIFICATION | PRODUCTS/COMPL OPS RATE | ADVANCE PREM | ALL OTHER RATE | ADVANCE PREM |
|---|---|---|---|---|
| 91581 | ▮ | $ ▮ | ▮ | $ ▮ |
| CONTRACTORS-SUBCONT WORK-IN CONNECT | | | | |
| WITH CONSTRUCT,RECONSTRUCT,ERECTION | | | | |
| OR REPAIR - NOT BLDGS - NOC | | | | |
|   PREMIUM BASIS: | | | | |
|   THOUSANDS OF TOTAL COST | | | | |
|   EXPOSURE:   100,000 | | | | |
|  (SUBLINE 336/334) | | | | |

## P O L I C Y   L E V E L   C O V E R A G E S

| COVERAGES | LIMIT OF INSURANCE | PREMIUM |
|---|---|---|
| GENERAL LIABILITY ELITE EXTENSION | | $ ▮ |



```
                    PREMIUM FOR CERTIFIED ACTS OF TERRORISM $   ▮
                         TOTAL ESTIMATED POLICY PREMIUM $   ▮
--------------------------------------------------------------------------
```

(1) OTHER THAN NOT FOR PROFIT   (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS UNLESS OTHERWISE EXCLUDED
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
(5) A $250 PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
    OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF $250 PER CLAIM APPLIES
    UNLESS A HIGHER DEDUCTIBLE IS OTHERWISE DESIGNATED FOR THIS
    CLASSIFICATION CODE

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

  LOC 001    PINEWOOD WEST
             COLUMBUS, GA  31909


  LOC 002    SONOMA POINTE
             COLUMBUS, GA  31909


  LOC 003    CROSSWINDS
             COLUMBUS, GA  31909


  LOC 004    256 LEE ROAD 677
             AUBURN, AL  36830-4167